# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BERNICE HICKS, | )<br>) |
| Plaintiff, | ) |
| v. | ) Case No. CV416-186 |
| | ) |
| EQUITY INVESTMENT GROUP, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petition of G. Randall Moody of the law firm of Drew Eckl Farmham, LLP, 880 W. Peachtree Street, Atlanta, Georgia 30309 for permission to appear pro hac vice on behalf of all defendants except Equity Investment Group, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter G. Randall Moody as counsel of record for all defendants except Equity Investment Group, Inc., in this case.

**SO ORDERED** this __15th__ day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA